An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN RE: DISCIPLINE OF JOHN R. CLARKSON, BAR NO. 2825.

No. 59733

**FILED**

FEB 22 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER APPROVING CONDITIONAL GUILTY PLEA AGREEMENT AND SUSPENSION FROM THE PRACTICE OF LAW

This matter involves an automatic review of the Northern Nevada Disciplinary Board hearing panel's recommendation to approve attorney John R. Clarkson's conditional guilty plea in exchange for a stated form of discipline pursuant to SCR 113. Under the plea agreement, Clarkson admits to violations of RPC 1.15 (safekeeping property), RPC 3.3 (candor toward the tribunal), and RPC 8.4 (misconduct). These violations stem from Clarkson's misconduct involving the commingling of two different clients' funds.

The agreed-upon discipline provides that Clarkson be (1) suspended from the practice of law for two years, (2) appointed a State Bar-approved mentor to supervise the winding up of his law practice and submit quarterly reports to bar counsel, and (3) required to pay the actual costs of the disciplinary proceedings within 30 days of this order.[1] The disciplinary panel, after hearing testimony regarding this matter, unanimously approved the conditional guilty plea agreement.

---

[1]The appointment of a mentor was mutually agreed upon by Clarkson and bar counsel during the disciplinary hearing.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-05628

Having reviewed the record, we conclude that the plea agreement should be approved. See SCR 113(1). Accordingly, attorney John R. Clarkson is hereby suspended from the practice of law for two years from the date of this order, and Clarkson shall comply with the conditions of the agreement as set forth above.

It is so ORDERED.

_____, C.J.
Pickering

_____, J.        _____, J.
Gibbons                                          Hardesty

_____, J.        _____, J.
Parraguirre                                      Douglas

_____, J.        _____, J.
Cherry                                            Saitta

cc:   Janeen V. Isaacson, Assistant Bar Counsel
      J. Thomas Susich, Chair, Northern Nevada Disciplinary Board
      Kimberly K. Farmer, Executive Director, State Bar of Nevada
      John R. Clarkson
      Perry Thompson, Admissions Office, United States Supreme Court